Certificate Number: 17082-PAM-DE-040940793

Bankruptcy Case Number: 26-01217



17082-PAM-DE-040940793

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2026, at 11:16 o'clock AM MST, ASHLEY M KOTCHO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   May 5, 2026

By:   /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director