# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ashley Marie Kotcho,
aka Ashley M Kotcho, aka Ashley Kotcho,

**Debtor 1**

Chapter      7

Case No.      5:26–bk–01217–MJC

Social Security No.:

xxx–xx–1023

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: August 12, 2026

**fnldecac** (05/18)